DANIEL J. BRODERICK
Federal Defender
DENNIS S. WAKS, BAR #142581
Supervising Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
KATHLEEN WADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. 12-343-CKD |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND TIME FOR PRELIMINARY |
| v. ) | HEARING AND EXCLUDE TIME |
| ) | |
| KATHLEEN WADE, ) | Date: January 24, 2013 |
| ) | Time: 2:00 p.m. |
| Defendant. ) | Judge: Dale A. Drozd |
| _____ ) | |

Plaintiff, United States of America, by and through Assistant United States Attorney, MICHELLE RODRIGUEZ, and Defendant KATHLEEN WADE, individually and by her counsel of record, DENNIS S. WAKS, Supervising Assistant Federal Defender, hereby stipulate to continue the Preliminary Hearing set for January 3, 2013, to January 24, 2013, at 2:00 p.m.

The parties agree that the time beginning from the date of this stipulation extending through January 24, 2013, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for a Preliminary Hearing until January 24, 2013, Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have

1

reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  In particular, the time is required so that the parties can continue to conduct investigation and discuss a proposed disposition.  The defendant consents to this continuance.

The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

Dated:  December 28, 2012         Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ Dennis S. Waks
                                  _____
                                  DENNIS S. WAKS
                                  Supervising Assistant Federal
                                  Defender
                                  Attorney for Defendant
                                  KATHLEEN WADE

Dated:  December 28, 2012         BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Dennis S. Waks for
                                  _____
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney


**ORDER**

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on

December 27, 2012. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C.§3161(h)(7)(A). The Court further finds that the extension of time would not adversely effect the public's interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to January 24, 2013, at 2:00 p.m..

2. This time between January 3, 2013, and January 24, 2013, shall be excluded from calculation pursuant to 18 U.S.C. §3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear at the date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: December 28, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE